**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT FREEDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-CV-00686-LPS |
| ) | |
| JAMES J. MULVA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS THE VERIFIED COMPLAINT**

Defendants James J. Mulva, Kenneth M. Duberstein, Ruth R. Harkin, Harold W. McGraw, III, Robert A. Niblock, Harald J. Norvik, William K. Reilly, Victoria J. Tschinkel, Kathryn C. Turner, William E. Wade, Jr., Richard L. Armitage, Richard H. Auchinleck, and James E. Copeland, Jr., Willie C.W. Chiang, Greg C. Garland, Alan J. Hirschberg, Ryan M. Lance, and ConocoPhillips (the "Defendants"), by their undersigned counsel, hereby move to dismiss the Verified Complaint pursuant to Federal Rule of Civil Procedure 23.1, for failure to make demand upon the board or adequately plead the reasons for not seeking board action, and Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. The complete grounds for this Motion are set forth in the Defendants' opening brief, which is being filed contemporaneously with this Motion.

| | |
|---|---|
| OF COUNSEL | POTTER ANDERSON & CORROON LLP |
| Marc Wolinsky<br>Jonathon R. La Chapelle<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York  10019<br>(212) 403-1000<br><br>Dated:  September 15, 2011<br>1027065 | By: */s/ Kevin R. Shannon*<br>    Kevin R. Shannon (No. 3137)<br>    David E. Moore (No. 3983)<br>    Berton W. Ashman, Jr. (No. 4681)<br>    Andrew E. Cunningham (No. 5472)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    (302) 984-6000<br>    kshannon@potteranderson.com<br>    dmoore@potteranderson.com<br>    bashman@potteranderson.com<br>    acunningham@potteranderson.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

    Joseph J. Farnan, Jr., Esquire
    Joseph J. Farnan, III, Esquire
    Brian E. Farnan, Esquire
    919 N. Market Street
    12th Floor
    Wilmington, DE  19801

    */s/ Berton W. Ashman, Jr.*
    Berton W. Ashman, Jr. (No. 4681)
    POTTER ANDERSON & CORROON LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899-0951
    (302) 984-6000